# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YASMINE AKL | : |
| | : |
| Plaintiff | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| PENNSYLVANIA STATE POLICE | : |
| TROOP K- DELAWARE COUNTY, | : NO. 16-CV-1096 |
| ET. Al., | : |
| | : |
| Defendants | : |

## **ORDER**

AND NOW, this 26th day of February, 2018, upon consideration of the Motion of Defendants Corporal Mark Michaels, Trooper Matthew Gibson and Trooper Carlton Wright for Summary Judgment (Doc. No. 53) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and Judgment is entered as a matter of law in favor of the Moving Defendants and against Plaintiff pursuant to Fed. R. Civ. P. 56.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,    J.