# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YASMINE AKL | : |
| | : |
| Plaintiff | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| PENNSYLVANIA STATE POLICE | : |
| TROOP K- DELAWARE COUNTY, | : NO. 16-CV-1096 |
| ET. Al., | : |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 6th day of March, 2018, upon consideration of the Motion of Defendant Donald Prifti to Join in Part the Motion for Summary Judgment of Corporal Michaels, Trooper Gibson and Trooper Wright (Doc. No. 57) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and Summary Judgment is entered in favor of Donald Prifti and against Plaintiff.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.